**Freddie STOKELY, Plaintiff–Appellant,**

**v.**

**BUREAU OF PRISONS; Warden of FCI–Butner, Defendants–Appellees.**

**No. 01–6121.**

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided July 31, 2001.

Freddie Stokely, pro se.

Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, NC, for appellees.

Before WILKINS, LUTTIG and TRAXLER, Circuit Judges.

PER CURIAM.

Freddie Stokely appeals from the district court's order granting summary judgment to Defendants in this *Bivens** action. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. *Stokely v. Bureau of Prisons,* No. CA–00–102 (E.D.N.C. Dec. 20, 2000). In addition, we decline to consider for the first time on appeal Stokely's claims of racial and disability discrimination. *See First Va. Banks, Inc. v. BP Exploration & Oil, Inc.,* 206 F.3d 404, 407 n. 1 (4th Cir.2000) (declining to consider issues for first time on appeal); *Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993) (holding that issues

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct.    1999, 29 L.Ed.2d 619 (1971).

raised for first time on appeal generally will not be considered absent exceptional circumstances of plain error or fundamental miscarriage of justice). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*